# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMJIT SINGH GOSAL,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No. 1:26-cv-04307-SAB<br><br>ORDER REQUIRING PARTIES TO FILE STATUS REPORT REGARDING READINESS FOR INITIAL SCHEDULING CONFERENCE<br><br>**SEPTEMBER 11, 2026 DEADLINE** |

On June 5, 2026, Plaintiff commenced this action. (ECF No. 1.) The initial scheduling conference is currently set for September 24, 2026. (ECF No. 2.) The Court will generally not hold an initial scheduling conference if one or more defendants have not appeared and answered. At this time, while Catherine J. Swann has appeared on behalf of all defendants, no defendant has yet answered. The Court observes that Defendants have filed a notice of ineffective service, indicating that service has not been effectuated on Defendants as required by Federal Rule of Civil Procedure 4(i)(1)(A)(i). (ECF No. 5.)

/ / /

/ / /

/ / /

/ / /

Therefore, IT IS HEREBY ORDERED that **on or before September 11, 2026**, Plaintiff shall file a status report indicating the status of service upon Defendants; whether Plaintiff is prepared to hold the scheduling conference; and/or whether the scheduling conference should be continued to allow for the Defendants to appear in this action. In addition, the Court ADVISES that Plaintiff must comply with Fed. R. Civ. P. 4(m) and should move for an extension should it be necessary at this time.

IT IS SO ORDERED.

Dated: **September 4, 2026**

STANLEY A. BOONE
United States Magistrate Judge