# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMJIT SINGH GOSAL,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No. 1:26-cv-04307-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO RESPOND TO COURT ORDER<br><br>(ECF No. 6)<br><br>**SEVEN-DAY DEADLINE** |

On September 4, 2026, the Court ordered Plaintiff to file a status report on or before September 11, 2026, regarding readiness for the initial scheduling conference currently set for September 24, 2026. (ECF No. 6.) The deadline has passed and Plaintiff has not filed a status report indicating the status of service upon Defendants, whether Plaintiff is prepared to hold the scheduling conference, or whether the scheduling conference should be continued to allow for the Defendants to appear in this action.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir. 2000). The Court shall require Plaintiff to show cause why sanctions should not be issued for the failure to file a status

report regarding readiness for the initial scheduling conference in compliance with the Court's order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff show cause, in writing, within **seven (7) days** from the entry of this order why monetary sanctions should not issue for the failure to file to comply with a Court Order. (ECF No. 6.) Failure to comply with this Order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated: **September 14, 2026**

STANLEY A. BOONE
United States Magistrate Judge