# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMIJIT SINGH GOSAL,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No. 1:26-cv-04307-SAB<br><br>ORDER REQUIRING PLAINTIFF TO PAY $150.00 SANCTIONS AND DISCHARGING SEPTEMBER 14, 2026 ORDER TO SHOW CAUSE<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT STIPULATED DISMISSAL<br><br>(ECF Nos. 8, 10)<br><br>**OCTOBER 16, 2026 DEADLINE** |

On September 23, 2026, this Court ordered Plaintiff to show cause for his failure to respond to the Court's September 14, 2026 Order, and for Defendant to file a status report regarding the posture of this case. (ECF No. 8.) The Court's order expressly stated that Plaintiff and Plaintiff's counsel would be jointly and severally obligated to pay the Clerk of Court $50.00 per day beginning at 5:00 p.m. on September 25, 2026 until a response or another filing was filed. (Id.) On September 30, 2026, Defendants filed a status report and a stipulated dismissal of this action pursuant to Federal Rule of Civil Procedure 41. (ECF Nos. 9, 10.)

In light of the filings, the Court will discharge the order to show cause. However, because it was ultimately Plaintiff's responsibility to ensure that a response was filed and a response was not filed until September 30, 2026, the Court will nonetheless impose sanctions in the amount of $150.00. Additionally, in light of the stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997),

and has been dismissed pursuant to the terms of the stipulation.

Accordingly, the Court HEREBY ORDERS that:

1. The September 14, 2026 (ECF No. 7) order to show cause is DISCHARGED;
2. Plaintiff shall pay **$150.00 in sanctions via cashier's check to the Clerk of the Court no later than October 16, 2026**, for failure to comply with the Court's September 14, 2026 Order;
3. Plaintiff shall file a notice **no later than October 16, 2026**, confirming that he has paid the sanction;
4. If Plaintiff fails to comply with this order, Plaintiff and Plaintiff's counsel shall jointly and severally be obligated to pay the Clerk of the Court **$50.00 per day, beginning on October 19, 2026**, **until Plaintiff pays the sanction and files a notice of payment to the Court**; and
5. The Clerk of Court is DIRECTED to CLOSE the file in this case and adjust the docket to reflect the stipulated dismissal pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **October 2, 2026**

STANLEY A. BOONE
United States Magistrate Judge